# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| THE HISTORIC GREEN SPRINGS, INC., REGINALD MURPHY, JANE STUART MURPHY, SERGIO SOBRAL, and GAIL FLEURY SOBRAL,<br>         *Plaintiffs,*<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LISA P. JACKSON, as ADMINISTRATOR OF THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, WILLIAM C. EARLY, as ACTING REGIONAL ADMINISTRATOR OF THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, REGION III, and LOUISA COUNTY WATER AUTHORITY,<br>         *Defendants.* | CASE NO. 3:09-cv-00075<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

   This matter is before the Court on Defendant Louisa County Water Authority's Notice of Intent to Request Redaction (docket no. 46).  Although styled as a notice of intent to request redaction, the notice itself appears to contain a request that several purported typographical errors in the transcript be corrected.  According to the policy adopted by the Western District of Virginia with regard to the availability of transcripts of court proceedings, the purpose of the procedure of filing a notice of intent to redact is to enable counsel to remove from the transcript specific personal data identifiers before the transcript is made electronically available to the general public.  If counsel would like to request that further edits be made to the transcript, counsel must move the Court by filing a separate Motion for Redaction of Electronic Transcript.

– 2 –

The instant Notice does not request the redaction of any personal identifiers. To the extent that the instant Notice moves this Court for other changes to the transcript, it is procedurally improper, and is hereby DENIED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

It is so ORDERED.

Entered this __27th__ day of December, 2010.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE